ORIGINAL

USDC NY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

SHIRLEY SHEPARD, et al.,

        Plaintiffs,

- against -

FUSION MEDIA GROUP, et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - -X

20 Civ. 2125 (LLS)

ORDER

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within sixty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

So ordered.

Dated: New York, New York
      March 1, 2021

                            *Louis L. Stanton*
                            LOUIS L. STANTON
                            U.S.D.J.